**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| WILL PARDUE, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Case No. CIV-14-1049-D |
| § | |
| RURAL COMMUNITY § | |
| INSURANCE COMPANY and § | |
| HUMBLE INSURANCE AGENCY § | |
| § | |
| Defendants, § | |

**PLAINTIFF'S CORRECTED VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS AGAINST DEFENDANT, RURAL COMMUNITY INSURANCE COMPANY, ONLY**

COMES NOW Plaintiff, Will Pardue, pursuant to FRCP Rule 41(a)(1)(A)(i) hereby **DISMISSES** this case filed in the United States District Court for the Western District of Oklahoma against Defendant, Rural Community Insurance Company, ONLY, **WITHOUT PREJUDICE** to the re-filing thereof within the time allowed by Federal Rules and **WITHOUT PREJUDICE** to any concurrent action that may be pending. Dismissal is proper per Rule 41(a)(1)(A)(i) as Defendant, Rural Community Insurance Company, has yet filed an Answer or a Motion for Summary Judgment.

Respectfully submitted,

/s/ Jim Buxton
Jim Buxton, OBA #19057
P.O. Box 18606
Oklahoma City, OK 73154
(405) 604-5577 – Telephone
(405) 604-5578 – Facsimile
jim@buxtonlawgroup.com
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Stephen L. Olson, OBA# 6777
    Pierce Couch Hendrickson
        Baysinger & Green, L.L.P.
    P.O. Box 26350
    Oklahoma City, OK 73126
    (405) 235-1611 – Telephone
    (405) 235-2904 – Facsimile
    solson@piercecouch.com
    *Counsel for Defendant,*
    *Humble Insurance Agency*

    G. David Bryant, OBA# 1264
    Phillips Murrah, P.C.
    Corporate Tower, 13th Floor
    101 North Robinson Avenue
    Oklahoma City, OK 73102
    (405) 235-4100 – Telephone
    (405) 235-4133 – Facsimile
    gdbryant@phillipsmurrah.com
    *Counsel for Defendant,*
    *Rural Community Insurance Company*

                                                /s/ Jim Buxton_____