IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WILL PARDUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CIV-14-1049-D |
| v. | ) | *Hon. Timothy D. DeGiusti* |
| | ) | |
| HUMBLE INSURANCE AGENCY, | ) | *District Court of Tillman County,* |
| | ) | *State of Oklahoma,* |
| Defendant. | ) | *Case No. CJ-2014-16* |

**JOINT STIPULATION OF DISMISSAL OF HUMBLE INSURANCE AGENCY**

Defendant Humble Insurance Agency and Plaintiff William Pardue, as authorized by FED.R.CIV.P. 41(a)(1)(A)(ii), jointly stipulate to dismiss with prejudice all claims asserted by Plaintiff William Pardue against Defendant Humble Insurance Agency in this matter. The Parties agree to bear their respective costs, including all attorneys' fees and expenses related to the above action.

Respectfully submitted,

| | |
|---|---|
| /s/ Jim Buxton* | /s/ Seth D. Coldiron |
| Jim Buxton     (OBA No. 19057) | Stephen L. Olson     (OBA No. 6777) |
| **BUXTON LAW GROUP** | Seth D. Coldiron     (OBA No. 20041) |
| P.O. Box 18606 | **PIERCE COUCH HENDRICKSON** |
| Oklahoma City, OK  73154 | **BAYSINGER & GREEN, L.L.P.** |
| Telephone: (405) 604-5577 | P.O. Box 26350 |
| Facsimile: (405) 604-5578 | Oklahoma City, OK  73126 |
| | Telephone:    405/235-1611 |
| Email: jim@buxtonlawgroup.com | Facsimile:    405/235-2904 |
| | |
| *Attorney for Plaintiff,* | Email: solson@piercecouch.com |
| *Will Pardue* |         scoldiron@piercecouch.com |
| | |
| | *Attorneys for Defendant,* |
| | *Humble Insurance Agency* |

***Filed with permission of counsel.***

1

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was served upon counsel of record as listed below, on this the 29th day of November 2016.

  Jim Buxton             Via CM/ECF Electronic Service
  **BUXTON LAW GROUP**
  P.O. Box 18606
  Oklahoma City, OK  73154

  *Attorney for Plaintiff,*
  *Will Pardue*

                  /s/ Seth D. Coldiron
                  Seth D. Coldiron